COMMONWEALTH of Pennsylvania, Petitioner

v.

Iona STEVENSON, Respondent.

Supreme Court of Pennsylvania.

April 3, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of April, 2008, the Petition for Allowance of Appeal is hereby **GRANTED,** the order of the Superior Court is **VACATED,** and the case **REMANDED** to the Superior Court to follow the standard of review set forth in *Commonwealth v. Ratsamy*, 594 Pa. 176, 934 A.2d 1233 (Pa.2007).

Jurisdiction relinquished.